IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

TYLER HARRIS and PABLO MATA, )
on behalf of themselves and all others )
similarly situated )
                                            )
      Plaintiffs, )
                                            )
vs. )   CASE NO. 5:20-cv-0029-KKC
                                            )
B&L DELIVERY, LLC, and )
BOB MAYNARD )
                                            )
     Defendants. )

## JOINT STATUS REPORT

Pursuant to the Agreed Order entered by the Court on April 15, 2020, the Parties submit this Joint Status Report:

1.    On March 15, 2023, the Arbitrator denied Plaintiffs' Partial Motion for Summary Judgment.

2.    A status conference with the Arbitrator was held on March 27, 2023.

3.    The final hearing is scheduled for October 16, 2023, pending the ruling on Defendants' Motion to Lift Stay and Modify Agreed Order to Compel Arbitration and Stay Court Proceedings, which has been fully briefed by the parties. (*See* DN 34, 35, and 36). This motion remains pending before the Court.

Respectfully submitted,

**/s/ John M. Williams**
John M. Williams
Melanie J. Kilpatrick
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, Kentucky 40513
Tele:   859.245.1059
Fax:    859.245.1231
Email: williams@wktlaw.com
          kilpatrick@wktlaw.com

*Counsel for Defendants*

**/s/ Matthew T. Lockaby (w/ permission)**
Matthew T. Lockaby
Lockaby PLLC
476 East High Street, Suite 200
Lexington, Kentucky 40507
Tele:   859.263.7884
Fax:    859.406.3333
Email: mlockaby@lockabylaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that, on April 4, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

**/s/ John M. Williams**
John M. Williams