UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| TYLER HARRIS and PABLO MATA, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>B&L DELIVERY, LLC, and BOB MAYNARD<br><br>　　　Defendants. | Case No. 5:20-cv-0029-KKC |

## STIPULATIONS AND AGREED ORDER CONFIRMING ARBITRATION AWARD

Pursuant to 9 U.S.C. §9 of the Federal Arbitration Act ("FAA"), the parties stipulate and agree to confirm the arbitration award rendered by Arbitrator Jeffrey S. Walther and enter final judgment in favor of Defendants, thereby dismissing the claims of the Plaintiffs and Opt-In Claimant Darryl Bell ("Bell") with prejudice.

### Stipulations

1. On January 20, 2020, Plaintiffs filed suit in this Court alleging claims of violation of the Kentucky Wage and Hour Act (KRS Chapter 337) and the Fair Labor Standards Act (29 U.S.C. §§ 201, *et. seq.*) ("FLSA"). DE 1.

2. The Complaint also sought to certify a class action of the Kentucky law claims and to proceed as a collective action on the FLSA claims. DE 1.

3. On March 26, 2020, Defendants filed a Motion to Compel Arbitration and Dismiss Complaint, because the Plaintiffs' claims were subject to arbitration agreements. DE 9. These arbitration agreements are attached as Exhibit 1.

4. On April 15, 2020, the Court entered an agreed order staying these proceedings pending arbitration. DE 12.

5. Plaintiffs' claims were submitted to the American Arbitration Association ("AAA"), with Jeffrey S. Walther (the "Arbitrator") selected to preside as arbitrator. A copy of AAA's Notice of Appointment of Arbitrator advising of Mr. Walther's appointment is attached as Exhibit 2.

6. On April 27, 2021, the Arbitrator conditionally certified a class and collective action. By order dated September 20, 2023, the Arbitrator decertified the class action but allowed the case to proceed as a collective action. A copy of this order is attached as Exhibit 3.

7. Bell was the only other claimant to opt into the collective action on the FLSA claims. ("Bell").

8. After close of discovery in the arbitration, this matter was heard by the Arbitrator on December 5 and 6, 2023, where testimony was taken regarding the claims of the Plaintiffs Pablo Mata and Tyler Harris and Opt-In Claimant Bell.

9. After the hearing, Bell filed a motion with the Arbitrator to was allowed to amend to his claims to also assert claims under Kentucky law.

10. The Arbitrator issued his Final Order on March 21, 2024, finding in favor of the Defendants on all claims and dismissing Plaintiffs' and Bell's claims with prejudice.

11. On April 1, 2024, AAA issued the Award of Arbitrator finding in favor of the Defendants on all claims (the "Final Award"). A copy of the Final Award is attached as Exhibit 4.

12.   Because the claims of Plaintiffs and Bell have been fully litigated and resolved in arbitration, this action should no longer be stayed. Further, pursuant to 9 U.S.C. §9, the Court should confirm the Final Award and enter final judgment in Defendants' favor.

13.   In compliance with 9 U.S.C. §13, attached are copies of (a) the arbitration agreements (Exhibit 1); (b) AAA's Notice of Appointment of Arbitrator advising of Mr. Walther's appointment (Exhibit 2); and (c) the Final Award (Exhibit 4).

## ORDER AND JUDGMENT

THEREFORE, by agreement of the parties and the Court being sufficiently advised, it is hereby ORDERED and ADJUDGED as follows:

1. The stay of this action is LIFTED;

2. The Final Award is CONFIRMED;

3. Judgment is ENTERED in favor of the Defendants against the Plaintiffs Pablo Mata and Tyler Harris and Opt-In Claimant Darryl Bell;

4. The Complaint and all claims of Pablo Mata, Tyler Harris and Darryl Bell are DISMISSED WITH PREJUDICE;

5. Each party shall bear its own costs and attorneys' fees; and

6. This matter is STRICKEN from the docket.

Dated this 13th day of May, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

- 4 -

AGREED TO:

*/s/ John M. Williams*
John M. Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, Kentucky 40513
Tel:   (859) 245-1059
Fax:   (859) 245-1231
williams@wktlaw.com
*Counsel for Defendants*

*/s/ Matthew T. Lockaby (with permission)*
Matthew T. Lockaby
John M. Ghaelin
Lockaby PLLC
476 East High Street, Suite 200
Lexington, Kentucky 40507
Tel:   (859) 263-7884
Fax:   (859) 406-3333
mlockaby@lockabylaw.com
jghaelian@lockabylaw.com
*Counsel for Plaintiffs*